# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MIAMI VALLEY HOSPITAL,

       Plaintiff,               :         Case No. 3:05-cv-336

                                       District Judge Thomas M. Rose
  -vs-                               Chief Magistrate Judge Michael R. Merz
                              :

COMMUNITY INSURANCE COMPANY,
  et al.,

       Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION TO DISMISS CROSS-CLAIMS

---

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 14, 2006, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that the Cross-claims of Defendants Carol A. and Manford Sizemore be dismissed for failure to state a claim upon which relief can be granted.

April 20, 2006.                                      **s/Thomas M. Rose**

                                                           Thomas M. Rose
                                             United States District Judge